**Anoush Hakimi, Esq.  SBN:  228858**
**The Law Office of Hakimi & Shahriari**
**7080 Hollywood Blvd.,  Suite 804**
**Los Angeles, CA 90028**
**(323) 672-8281**

# UNITED STATES DISTRICT COURT
Central District of California

| | |
|---|---|
| **Shamar Jackson**<br><br>Plaintiff(s)<br><br>v.<br><br>**Sepulveda-Victory Associates; et al.**<br><br>Defendant(s) | **CASE NUMBER:**<br>**2:20-cv-00881-JFW-AS**<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>*(Use separate proof of service for each person/party served)* |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☐ summons         ☐ first amended complaint       ☐ third party complaint
      ☐ complaint        ☐ second amended complaint     ☐ counter claim
      ☐ alias summons    ☐ third amended complaint      ☐ cross claim
      ☑ other  **See attached Document List**

2. **Person served:**

   a. ☑ Defendant *(name:)* **Sepulveda-Victory Associates**
   b. ☑ Other *(specify name and title or relationship to the party/business named)*:
      **Lorna M Auerbach - Authorized Agent for Service of Process**
   c. ☑ Address where the papers were served:  **2416 Wilshire Blvd**
         Santa Monica, CA 904035806

3. **Manner of Service** in compliance with *(the appropriate box* **must** *be checked)*:

   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies.  If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** *(date):* **at** *(time):*

   b. ☑ By **Substituted Service.** By leaving copies: **Kathy Gardiello - Manager, Authorized to Accept Service of Process**

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☑ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☑ **Papers were served on** *(date):* **2/26/2020** at *(time):* **4:00 PM**

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☑ **papers were mailed on** Mar 02, 2020 - DECLARATION OF MAILING ATTACHED

      6. ☑ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

# ON-CALL LEGAL

1875 Century Park East, STE H

Los Angeles, CA 90067

Phone: (310) 858-9800    Fax: (888) 543-5126

## Continued from Proof of Service

**CLIENT:** The Law Office of Hakimi & Shahriari

**CLIENT FILE #:** Jackson v Kasden et al          **DATE:** March 3, 2020

**SUBJECT:** Sepulveda-Victory Associates

**SERVED:** Kathy Gardiello - Manager, Authorized to Accept Service of Process

```
Summons on First Amended Complaint; Amended Complaint; Civil Cover
Sheet; Certification and Notice of Interested Parties; Notice of
Assignment to United States Judges; Notice to Parties of
Court-Directed ADR Program; Initial Order Following Filing
Complaint; Notice of Errata, Standing Oder; DAL-001, DAL-002
```



Order#: 156668/DocAtt2010

- d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

- e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

- f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

- g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

- h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   - a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

     Name of person served:

     Title of person served:

     Date and time of service:  *(date):* at  *(time):*

   - b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   - c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   **Fred Pradip Kissoondyal**
   ON-CALL LEGAL
   1875 Century Park East, STE H
   Los Angeles, CA 90067
   (310) 858-9800

   a. Fee for service: $ **107.95**

   b. ☐ Not a registered California process server

   c. ☐ Exempt from registration under B&P 22350(b)

   d. ☑ Registered California process server
      Registration # : **2012234986**
      County: **Los Angeles**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **March 3, 2020**      **Fred Pradip Kissoondyal**
          *Type or Print Server's Name*                    (Signature)

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (03/10)

PAGE 2
156668

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Anoush Hakimi, Esq. | SBN: 228858<br>The Law Office of Hakimi & Shahriari<br>7080 Hollywood Blvd., Suite 804 Los Angeles, CA 90028<br>TELEPHONE NO.: (323) 672-8281 | FAX NO. (213) 402-2170<br>E-MAIL ADDRESS<br>ATTORNEY FOR *(Name):* Plaintiff: Shamar Jackson | FOR COURT USE ONLY |
|---|---|
| **United States District Court - West District Courthouse**<br>STREET ADDRESS: 312 N. Spring St.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Central District of California | |
| PLAINTIFF: **Shamar Jackson**<br>DEFENDANT: **Sepulveda-Victory Associates; et al.** | CASE NUMBER:<br>**2:20-cv-00881-JFW-AS** |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Ref. No. or File No.:<br>**Jackson v Kasden et al** |

I, Fred Pradip Kissoondyal , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Sepulveda-Victory Associates as follows:
Documents:

**Summons on First Amended Complaint; Amended Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Initial Order Following Filing Complaint; Notice of Errata, Standing Oder; DAL-001, DAL-002;**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 2/23/2020 | 5:25 PM | Business | Office was closed.<br>2416 Wilshire Blvd, Santa Monica, CA 904035806 |
| 2/25/2020 | 9:00 AM | Business | Office was closed.<br>2416 Wilshire Blvd, Santa Monica, CA 904035806 |
| 2/26/2020 | 4:00 PM | Business | SERVED: Sub served to Kath Gardiello, office manager.<br>2416 Wilshire Blvd, Santa Monica, CA 904035806 |

Fee for Service: **$ 107.95**
County: **Los Angeles**
Registration No.: **2012234986**
**ON-CALL LEGAL**
**1875 Century Park East, STE H**
**Los Angeles, CA 90067**
**(310) 858-9800**
Ref: Jackson v Kasden et al

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 3, 2020.

Signature: _____

**Fred Pradip Kissoondyal**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 156668

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Anoush Hakimi, Esq., SBN: 228858<br>The Law Office of Hakimi & Shahriari<br>7080 Hollywood Blvd., Suite 804<br>Los Angeles, CA 90028<br>TELEPHONE No.: (323) 672-8281    FAX No. (Optional): (213) 402-2170<br>Attorney for: Plaintiff Shamar Jackson | | |
| | Ref No. or File No.:<br>Jackson v Kasden et al | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - West District Courthouse - Central District of California | | |
| Plaintiff: Shamar Jackson | | |
| Defendant: Sepulveda-Victory Associates; et al. | | |

| PROOF OF SERVICE<br>BY MAIL | HEARING DATE: | TIME: | DEPT.:<br>7A | CASE NUMBER:<br>2:20-cv-00881-JFW-AS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2. I served copies of the Summons on First Amended Complaint; Amended Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Initial Order Following Filing Complaint; Notice of Errata, Standing Oder; DAL-001, DAL-002;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as  follows:

   a. Date of Mailing:           March 2, 2020
   b. Place of Mailing:          Los Angeles, CA
   c. Addressed as follows:      Sepulveda-Victory Associates
                                 2416 Wilshire Blvd
                                 Santa Monica, CA 90403-5806

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of  business.



Fee for Service: **$ 107.95**
   **ON-CALL LEGAL**
   1875 Century Park East, STE H
   Los Angeles, CA 90067
   (310) 858-9800
   Ref: Jackson v Kasden et al

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **March 3, 2020**.

Signature: _____

**Hongie Joo**

**PROOF OF SERVICE BY MAIL**

Order#: 156668/mailproof